In the Matter of the Judicial Settlement of Account of Proceedings of MARIA L. PERRY, as Executrix, etc., of JOHN S. BARRY, Deceased. MARIA L. PERRY, as Executrix, etc., of JOHN S. BARRY, Deceased, Appellant. EMMA J. HORTON, Respondent.— Appeal from a decree of the Surrogate's Court of Rensselaer county, entered October 20, 1936, allowing a claim for services as a sawyer and farmhand, rendered by Joseph Sherman for decedent John S. Barry in his lifetime. Joseph Sherman died after the death of John S. Barry and Sherman's wife was appointed administratrix. The widow presented a claim, and then she died. The decree directed payment to the administratrix de bonis non of Joseph Sherman. The claim was contested on the ground that there was no adequate

proof of the rendition of the services, and also that it was incumbent upon the claimant to prove non-payment of the claim. The proof was sufficient to support the claim, and the burden of proving non-payment was not on the claimant. (*Lerche* v. *Brasher*, 104 N. Y. 157, 161.) Decree unanimously affirmed, with costs to the respondent. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.